IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NYKA O'CONNOR,
    Plaintiff,

vs.                          CASE NO.: 3:06cv10/RV/MD

STATE OF FLORIDA, et al.,
    Defendants.

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 21, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

This cause is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the clerk is directed to close the file.

DONE AND ORDERED this 29th day of March, 2006.

                                                        /s/ _Roger Vinson_
                                                        **ROGER VINSON**
                                                        **SENIOR UNITED STATES DISTRICT JUDGE**